1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
5  Telephone: (415) 436-6842
   FAX: (415) 436-7234
6  Brian.Stretch@usdoj.gov

7  Attorneys for Plaintiff

8

9                         UNITED STATES DISTRICT COURT

10                       NORTHERN DISTRICT OF CALIFORNIA

11                          SAN FRANCISCO DIVISION

12

13  UNITED STATES OF AMERICA,        )        No. CR 99-0322 MMC
                                     )
14       Plaintiff,                  )        STIPULATION AND [PROPOSED]
                                     )        ORDER FOR SENTENCING
15       v.                          )        MODIFICATION UNDER
                                     )        18 U.S.C. § 3582(c)(2)
16  MICHAEL JAMES,                   )
                                     )
17       Defendant.                  )
                                     )
18

19       IT IS HEREBY STIPULATED AND AGREED, by and between the parties acting

20  through their respective counsel, that:

21       1. The Court makes its own motion for a modification of the defendant's sentence pursuant

22  to 18 U.S.C. § 3582(c)(2).

23       2. Defendant's original guideline calculation was as follows:

24       Total Offense Level 23

25       Criminal History Category IV

26       Sentencing range of 70 to 87 months' imprisonment, plus 60 months mandatory

27  consecutive for a violation of 18 U.S.C. § 924(c).

28
    STIPULATION FOR SENTENCING
    MODIFICATION UNDER 18 U.S.C. § 3582(c)(2)
    CR 99-0322 MMC

1      3. Defendant was sentenced on February 15, 2001 to 130 months imprisonment.

2      4. Defendant is eligible for a modification of his sentence pursuant to 18 U.S.C. § 3582(c)

3    and USSG § 1B1.10(c), Amendment 706 of the *United States Sentencing Commission*

4    *Guidelines Manual*

5      5. Defendant's revised guideline calculation is a follows:

6          Total Offense Level 21

7          Criminal History Category IV

8          Sentencing range of 57 to 71 months imprisonment, plus 60 months mandatory

9    consecutive for a violation of 18 U.S.C. § 924(c).

10      6. According to the modified pre-sentence report, defendant's conduct while imprisoned

11    reveals no disqualifying behavior.

12      7. Based upon the foregoing, the parties hereby stipulate that a sentence of 120 months is

13    appropriate in this matter

14      8. Defendant's current projected release date is January 25, 2010.

15      9. The parties further stipulate that all other aspects of the original judgment order including

16    the length of term of supervised release, all conditions of supervision, fines, restitution, and

17    special assessment remain as previously imposed.

18      10. Defendant stipulates that he waives and does not request a hearing in this matter pursuant

19    to Fed. R. Crim. P. 43, 18 U.S.C. § 3582(c)(2); *United States v. Booker*, 543 U.S. 220 (2005) and

20    *Kimbrough v. United States*, 128 S.Ct. 558 (2007); *United States v. Hicks*, 472 F.3d 1167 (9th

21    Cir. 2007).

22      11. Defendant waives his right to appeal the district court's sentence.

23      12. Accordingly, the parties agree and stipulate that an amended judgment may be entered by

24    the Court in accordance with this stipulation pursuant to 18 U.S.C. § 3582(c) and USSG §

25    1B1.10(c), Amendment 706 of the *United States Sentencing Commission Guidelines Manual*.

26

27

28

STIPULATION FOR SENTENCING
MODIFICATION UNDER 18 U.S.C. § 3582(c)(2)
CR 99-0322 MMC                   2

1  IT IS SO STIPULATED:

2

   DATED:   7 - 6 - 08                    Respectfully submitted,
3
                                          JOSEPH P. RUSSONIELLO
4                                         United States Attorney

5

6
                                          BRIAN J. STRETCH
7                                         Assistant United States Attorney

8
                                          V. Roy Lefcourt
9  DATED:   7 - 14 - 08
                                          V. ROY LEFCOURT
10                                        SAMUEL LASSER
                                          Attorneys for defendant Michael James
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
   STIPULATION FOR SENTENCING
   MODIFICATION UNDER 18 U.S.C. § 3582(c)(2)
   CR 99-0322 MMC                             3

1    **ORDER**

2        Based upon the stipulation of the parties, and for good cause shown, IT IS HEREBY

3    ORDERED that:

4        1. The Court is making its own motion for a modification of the defendant's sentence

5    pursuant to 18 U.S.C. § 3582(c)(2)

6        2. Defendant is eligible for a modification of his sentence pursuant to 18 U.S.C. §

7    3582(c) and USSG § 1B1.10(c), Amendment 706 of the *United States Sentencing Commission*

8    *Guidelines Manual*;

9        3. Defendant waived his right to a hearing in this matter pursuant to Fed. R. Crim. P. 43,

10   18 U.S.C. § 3582(c)(2); *United States v. Booker*, 543 U.S. 220 (2005) and *Kimbrough v. United*

11   *States*, 128 S.Ct. 558 (2007); *United States v. Hicks*, 472 F.3d 1167 (9th Cir. 2007);

12       4. Defendant waived his right to appeal the district court's sentence.

13       5. Defendant's revised guideline calculation under USSG § 1B1.10(c), Amendment 706

14   of the *United States Sentencing Commission Guidelines Manual* is:

15                        Total Offense Level 21

16                        Criminal History Category IV

17                        Sentencing range of 57 to 71 months imprisonment, plus 60 months
                          mandatory consecutive for a violation of 18 U.S.C. § 924(c).
18
19       6. The appropriate sentence in this matter is 120 months of imprisonment. All other

20   aspects of the original judgment order including the length of term of supervised release, all

     conditions of supervision, fines, restitution, and special assessment remain as previously imposed
21
         7. An amended judgment shall be entered by the Court in accordance with the parties
22
     stipulation pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(c), Amendment 706 of the
23
     *United States Sentencing Commission Guidelines Manual*.
24

25   DATED:   JUL 1 6 2008

26                                              MAXINE M. CHESNEY
                                                United States District Court Judge
27

28

     STIPULATION FOR SENTENCING
     MODIFICATION UNDER 18 U.S.C. § 3582(c)(2)
     CR 99-0322 MMC                        4